UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELISSA PATTEE,

                     Plaintiff,

    v.                                                Civil No.6:13-cv-01604-TC

CAROLYN W. COLVIN, Commissioner of
Social Security,

                     Defendant.

## JUDGMENT

      Pursuant to the Order signed on 3/17/2015, this action is reversed and remanded for further proceedings consistent with that Order.

Dated this  19  day of March 2015.

_____
Ann Aiken
United States District Judge

JUDGMENT